MAYO <em>v.</em> WORD.

</div>

HILL, J. This case is controlled by the principles decided in the cases of *Mayo* v. *Williams* and *Mayo* v. *Render*, ante, 650.

<div align="center"><em>Judgment affirmed. All the Justices concur.</em><br>APRIL 10, 1917.</div>

Habeas corpus. Before Judge Hill. Fulton superior court. June 26, 1916.

*J. L. Mayson* and *S. D. Hewlett,* for plaintiff in error.
*Hughes Roberts,* contra.